■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v RUDOLPH ROSSI, Appellant. [918 NYS2d 359]—

The appellant has failed to establish that he was denied the effective assistance of appellate counsel (*see Jones v Barnes*, 463 US 745 [1983]; *People v Stultz*, 2 NY3d 277 [2004]). Prudenti, P.J., Mastro, Rivera and Florio, JJ., concur.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v LARRY SMITH, Appellant. [918 NYS2d 348]—

The defendant's claim regarding an alleged promise that, upon pleading guilty, he would be committed to a correctional facility within a particular geographic area, involves an issue that is dehors the record and, thus, not reviewable on direct appeal (*see People v Kinchen*, 60 NY2d 772, 773-774 [1983]; *Matter of Benjamin S.*, 55 NY2d 116, 120-121 [1982]; *People v Da Forno*, 53 NY2d 1006, 1008 [1981]; *People v Chrysler*, 288 AD2d 318, 319 [2001]; *People v Branch*, 288 AD2d 55, 55-56 [2001]; *People v Finch*, 279 AD2d 588 [2001]; *People v St. Gelais*, 245 AD2d 318, 319 [1997]; *People v Watford*, 239 AD2d 367, 367-368 [1997]). Rivera, J.P., Florio, Dickerson, Hall and Roman, JJ., concur.